IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH PETER LUDVIGSON,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 05-4148 |
| **TANYA BREWER, ELIZABETH G. O'BRIEN, and JOHN W. SNOW,** | ) |
| Defendants. | ) |

## ORDER

**FOREMAN, Senior District Judge:**

This is before the Court on its own motion. On February 13, 2006, this Court ordered plaintiff to effect proper service on defendants on or before February 28, 2006 (Doc. 10). Plaintiff was warned that "Failure to comply with this Order WILL result in dismissal of this action." (Doc. 10). Per review of plaintiff's summonses, (Doc. 11), plaintiff has failed to effect proper service. Accordingly, defendants' motion to dismiss (Doc. 8) is **GRANTED**. This action is dismissed for failure to effect proper service. A separate Judgment shall accompany this Order.

IT IS SO ORDERED.
DATED: March 20, 2006.

*s/ James L. Foreman*
**DISTRICT JUDGE**